UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| TONY FRANKLIN DRAUGHON, )<br>              Plaintiff, )<br>                           )<br>     v.                     )<br>                           )<br>CAROLYN W. COLVIN, Acting Commissioner )<br>of Social Security, )<br>              Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:15-CV-95-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 23] are OVERRULED, defendant's motion for summary judgment [D.E. 13] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

**This Judgment Filed and Entered on June 22, 2016, and Copies To:**

Tony Franklin Draughon

Wanda D. Mason

463 Beamon Woods Road

Clinton, NC 28328 via US Mail

(via CM/ECF Notice of Electronic Filing)

DATE:
June 22, 2016

JULIE RICHARDS JOHNSTON, CLERK
(By) /s/ Nicole Briggeman
      Deputy Clerk