IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CV-95-D

| | |
|---|---|
| TONY FRANKLIN DRAUGHON, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| CAROLYN W. COLVIN, ) Acting Commissioner of Social Security, ) | |
| Defendant. ) | |

On June 22, 2016, the court adopted the Memorandum and Recommendation ("M&R") [D.E. 21], overruled plaintiff's objections to the M&R [D.E. 23], granted defendant's motion for summary judgment [D.E. 13], affirmed defendant's final decision, and dismissed the action. See [D.E. 24]. On July 21, 2016, plaintiff filed a motion for reconsideration [D.E. 26]. Defendant did not respond.

In the motion for reconsideration, plaintiff references his objections to the M&R [D.E. 23]. See [D.E. 26]. The court has reviewed the objections and the motion for reconsideration. The objections and the motion for reconsideration lack merit. Accordingly, Draughon's motion for reconsideration [D.E. 26] is DENIED.

SO ORDERED. This 26 day of September 2016.

JAMES C. DEVER III
Chief United States District Judge